UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>                Defendants. | Case No. 2:20-CV-00965 JAM-CKD<br><br>**<u>RELATED CASE ORDER</u>** |
| STEPHEN TRESNER, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, et al.,<br><br>                Defendants. | Case No. 2:20-CV-01016 WBS-EFB |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge and
6 magistrate judge to whom the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the action denominated
8 2:20-CV-01016 WBS-EFB be reassigned to Judge John A. Mendez and
9 Magistrate Judge Carolyn K. Delaney for all further proceedings,
10 and any dates currently set in this reassigned case _only_ are hereby
11 VACATED.  Henceforth, the caption on documents filed in the
12 reassigned cases shall be shown as 2:20-CV-01016 JAM-CKD.
13    IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.
16    IT IS SO ORDERED.
17 Dated:  May 19, 2020

                                    /s/ John A. Mendez_____
                                    UNITED STATES DISTRICT COURT JUDGE