Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
T. Steven Burke, Jr. (SBN: 247049)
tsburke@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
COUNTY OF SAN JOAQUIN; SUPERVISOR MILLER; SUPERVISOR PATTI; SUPERVISOR VILLAPUDUA; SUPERVISOR WINN; SUPERVISOR ELLIOTT; DIRECTOR LIMA; DR. PARK; SHERIFF WITHROW; CITY OF LODI; MAYOR KUEHNE; MAYOR PRO TEM NAKANISHI; COUNCILMEMBER CHANDLER; COUNCILMEMBER MOUNCE; AND LODI POLICE CHIEF BRUCIA

Janice D. Magdich, City Attorney (SBN: 188278)
City of Lodi
P.O. Box 3006
Lodi, California 95241
209-333-6701

Attorney for Defendants
CITY OF LODI, MAYOR KUEHNE; MAYOR PRO TEM NAKANISHI; COUNCILMEMBER CHANDLER; COUNCILMEMBER MOUNCE; AND LODI POLICE CHIEF BRUCIA

J. Mark Myles, County Counsel (SBN: 200832)
Kristen Hegge, Chief Deputy County Counsel (SBN: 125210)
San Joaquin County
44 North San Joaquin Street
Sixth Floor Suite 679
Stockton, California 95202
Phone: (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN; SUPERVISOR MILLER; SUPERVISOR PATTI; SUPERVISOR VILLAPUDUA; SUPERVISOR WINN; SUPERVISOR ELLIOTT; DIRECTOR LIMA; DR. PARK; SHERIFF WITHROW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>[CONTINUED ON NEXT PAGE] | Case No. 2:20-cv-00965-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT [L.R. 144]** |

| | |
|---|---|
| 1  GAVIN NEWSOM, in his official capacity as the Governor of California; XAVIER | Trial Date:          None Set |
| 2  BECERRA, in his official capacity as the Attorney General of California; SONIA Y. | |
| 3  ANGELL, MD, MPH, in her official capacity as the Director and State Public Health | |
| 4  Officer; COUNTY OF SAN JOAQUIN, KATHERINE MILLER, in her official | |
| 5  capacity as a member of, and the Chair of, the San Joaquin County Board of Supervisors; | |
| 6  TOM PATTI, in his official capacity as a member of, and as Vice Chair of, the San | |
| 7  Joaquin County Board of Supervisors; MIGUEL VILLAPUDUA, in his official | |
| 8  capacity as a member of the San Joaquin County Board of Supervisors; CHUCK | |
| 9  WINN, in his official capacity as a member of the San Joaquin County Board of Supervisors; | |
| 10 BOB ELLIOTT, in his official capacity as a member of the San Joaquin County Board of | |
| 11 Supervisors; SHELLIE LIMA, in her official capacity as the San Joaquin County Director of | |
| 12 Emergency Services; MAGGIE PARK, MD, in her official capacity as the Public Health | |
| 13 Officer of San Joaquin County; PATRICK WITHROW, in his official capacity as the | |
| 14 Sheriff of San Joaquin County; CITY OF LODI; DOUG KUEHNE, in his official | |
| 15 capacity as a member of the Lodi City Council and Mayor of Lodi; ALAN NAKANISHI, in | |
| 16 his official capacity as a member of the Lodi City Council and Mayor Pro Tempore of Lodi; | |
| 17 MARK CHANDLER in his official capacity as a member of the Lodi City Council; | |
| 18 JOANNE MOUNCE, in his official capacity as a member of the Lodi City Council; | |
| 19 SIERRA VRUCIA, in his official capacity as the Chief of the City of Lodi Police | |
| 20 Department; and DOES 1-50, inclusive, | |
| 21                     Defendants. | |

1       WHEREAS, a responsive pleading to Plaintiffs' May 12, 2020 Complaint [Dkt. 1] was
2  initially due on or before June 4, 2020;
3       WHEREAS, pursuant to Local Rule 144(a), all Plaintiffs and Defendants in this action
4  previously stipulated to a two week extension to respond to the Complaint, until June 18, 2020
5  [Dkt. 20];
6       WHEREAS, on June 3, 2020, before any Defendant had filed a responsive pleading,
7  Plaintiffs filed a First Amended Complaint [Dkt. 22];
8       WHEREAS, on June 5, 2020, the State issued new COVID-19 industry guidelines for the
9  potential re-opening of fitness facilities, subject to County-level determinations as to the timing
10 and implementation based on local conditions, that can occur no earlier than June 12, 2020;
11      WHEREAS, the Parties have met and conferred and agree that additional time to evaluate
12 the updated State guidance is appropriate – including whether Plaintiffs will be seeking further
13 amendment of the pleadings;
14      WHEREAS, the Parties further agree that a three-week extension of the time to respond to
15 the First Amended Complaint, **up to and including Thursday, July 9, 2020**, provides sufficient
16 time without prejudicing any Party or providing unfair disadvantage related to the upcoming July
17 4, 2020 holiday;
18      WHEREAS, pursuant to Local Rule 144(a), and in an abundance of caution, the Parties are
19 requesting Court approval of this additional extension of time;
20      WHEREAS, including the prior two-week extension, this three-week extension will total
21 five weeks of extensions related to the timing of a responsive pleading; and
22      WHEREAS, pursuant to Local Rule 137(b), the proposed order may be contained in the
23 stipulation itself and the Parties elect to do so here to minimize the duplication of documents or
24 efforts and will provide a copy of the stipulation and proposed order in Word version for the
25 Court's convenience.
26      **NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH**
27 **THEIR RESPECTIVE COUNSEL** to the following:
28

3                                   Case No. 2:20-cv-00965-JAM-CKD
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO
RESPOND TO THE FIRST AMENDED COMPLAINT

1.    That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients.

2.    That the date for all Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint shall be extended to July 9, 2020.

**IT IS SO STIPULATED.**

DATED: June 10, 2020    MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendants
COUNTY OF SAN JOAQUIN; SUPERVISOR MILLER; SUPERVISOR PATTI; SUPERVISOR VILLAPUDUA; SUPERVISOR WINN; SUPERVISOR ELLIOTT; DIRECTOR LIMA; DR. PARK; SHERIFF WITHROW; CITY OF LODI; MAYOR KUEHNE; MAYOR PRO TEM NAKANISHI; COUNCILMEMBER CHANDLER; COUNCILMEMBER MOUNCE; AND LODI POLICE CHIEF BRUCIA

DATED: June 10, 2020    CALIFORNIA DEPARTMENT OF JUSTICE

By:    /s/ John W. Killeen (authorized to sign)
JOHN W. KILLEEN
Attorneys for Defendants
GOVERNOR GAVIN NEWSOM, XAVIER BECERRA AND SONIA ANGELL (AG)

DATED: June 10, 2020    CHAVEZ-OCHOA LAW OFFICES, INC.

By:    /s/ Brian R. Chavez-Ochoa (authorized to sign)
BRIAN R. CHAVEZ-OCHOA
KATHERINE DOMENICO
Attorneys for Plaintiffs
BEST SUPPLEMENT GUIDE, LLC; AND SEAN COVELL

3538298.1

**ORDER**

The Court having reviewed the Parties' stipulation regarding extending the deadline for Defendants the to respond to Plaintiffs' First Amended Complaint in this matter [Dkt. 22] and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiffs' First Amended Complaint is extended until Thursday, July 9, 2020.

**IT IS SO ORDERED.**

DATE: June 10, 2020                  /s/ John A. Mendez
                                     Honorable John A. Mendez
                                     UNITED STATE DISTRICT COURT JUDGE