BRIAN R. CHAVEZ-OCHOA, CA SBN: 190289
KATHERINE DOMENICO, CA SBN: 258893
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
TEL (209) 772-3013
FAX (209) 772-3090
Email: brianr@chavezochoalaw.com

JAMES M. HENDERSON, N.C. SBN: 49845
JAMES M. HENDERSON LAW OFFICE
3125 BURGAW HWY
JACKSONVILLE, NORTH CAROLINA 28540
TEL (910) 381-0317
Email: JMHenderson58@gmail.com
(Pro Hac Vice Application Pending)

Attorneys for Plaintiffs,
BEST SUPPLEMENT GUIDE, LLC;
SEAN COVELL, an individual

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>        Plaintiff,<br>    vs.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>        Defendants. | CASE NO.: 2:20-cv-00965-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' REQUEST TO FILE THE SECOND AMENDED VERIFIED COMPLAINT AND GRANTING THE EXTENSION OF TIME FOR THE DEFENDANTS TO RESPOND TO THE SECOND AMENDED VERIFIED COMPLAINT [L.R. 144; USCS Fed Rules Civ Proc R 15]** |

    WHEREAS, a responsive pleading to Plaintiffs' May 12, 2020, Complaint [Dkt. 1] was initially due on or before June 4, 2020;

    WHEREAS, pursuant to Local Rule 144(a), all Plaintiffs and Defendants in this action previously stipulated to a two-week extension to respond to the Complaint, until June 18, 2020 [Dkt.

20];

WHEREAS, on June 3, 2020, before any Defendant had filed a responsive pleading, Plaintiffs filed a First Amended Complaint [Dkt. 22];

WHEREAS, the Parties had met and conferred and agree that additional time to evaluate the updated State guidance was appropriate – including whether Plaintiffs will be seeking further amendment of the pleadings;

WHEREAS, the Parties further agreed that a three-week extension of the time to respond to the First Amended Complaint, up to and including Thursday, July 9, 2020, provided sufficient time without prejudicing any Party or providing unfair disadvantage related to the upcoming July 4, 2020 holiday;

WHEREAS, the Court approved the additional extension of time and issued an order regarding same on June 11, 2020 [Dkt. 24];

WHEREAS, the Plaintiffs wish to file a Second Amended Complaint necessitated by the developments in the case that took place between the filing of the First Amended Complaint on June 3, 2020, and present.

WHEREAS, the Parties have met and conferred and agreed that the Plaintiffs may file the Second Amended Complaint.

WHEREAS, the Parties have met and conferred and agreed that the Defendants' responsive pleadings to the Second Amended Complaint, once filed, will be due three (3) weeks from the date an order issues from the Court accepting the Second Amended Complaint as filed.

WHEREAS, pursuant to Local Rule 144(a) and Federal Rules of

1 Civil Procedure, Rule 15, and in an abundance of caution, the
2 Parties are requesting Court approval of both stipulations; and
3     WHEREAS, pursuant to Local Rule 137(b), the proposed order
4 may be contained in the stipulation itself, and the Parties
5 elect to do so here to minimize the duplication of documents or
6 efforts and will provide a copy of the stipulation and proposed
7 order in Word version for the Court's convenience.

    **NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL** to the following:

10     1.   That counsel of record have the authority to enter
11 into this Stipulation on behalf of their respective clients.
12     2.   The Plaintiffs may file the Second Amended Complaint,
13 attached hereto as Exhibit A pursuant to Local Rule 137 (Federal
14 Rules of Civil Procedure, Rule 5).
15     3.   The Defendants' responsive pleadings to the Second
16 Amended Complaint shall be due three (3) weeks from the date an
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

order issues from the Court accepting the Second Amended Complaint as filed.

**IT IS SO STIPULATED.**

DATED: July 1, 2020    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Deborah J. Fox (as authorized on 7/1/2020)
Deborah J. Fox
T. Steven Burke, Jr.
Attorneys for Defendants
COUNTY OF SAN JOAQUIN; SUPERVISOR MILLER; SUPERVISOR PATTI; SUPERVISOR VILLAPUDUA; SUPERVISOR WINN; SUPERVISOR ELLIOTT; DIRECTOR CUNNINGHAM; DR. PARK; SHERIFF WITHROW; CITY OF LODI; MAYOR KUEHNE; MAYOR PRO TEM NAKANISHI; COUNCILMEMBER CHANDLER; COUNCILMEMBER MOUNCE; AND LODI POLICE CHIEF BRUCIA

DATED: July 1, 2020    CALIFORNIA DEPARTMENT OF JUSTICE

By: /s/ John W. Killeen (as authorized on 7/1/2020)
JOHN W. KILLEEN
Attorneys for Defendants
GOVERNOR GAVIN NEWSOM, XAVIER BECERRA AND SONIA ANGELL (AG)

DATED: July 1, 2020    CHAVEZ-OCHOA LAW OFFICES, INC.

By: /s/ Brian R. Chavez-Ochoa
BRIAN R. CHAVEZ-OCHOA
KATHERINE DOMENICO
Attorneys for Plaintiffs
BEST SUPPLEMENT GUIDE, LLC; AND SEAN COVELL

**ORDER**

The Court, having reviewed the Parties' stipulation regarding the filing of the Second Amended Complaint and extending the deadline for the Defendants to respond to Plaintiffs' Second Amended Complaint in this matter and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Plaintiffs may file a Second Amended Complaint.
2. The Defendants' responsive pleadings to the Second Amended Complaint, once filed, shall be due three (3) weeks from the date an order issues from the Court accepting the Second Amended Complaint as filed.

**IT IS SO ORDERED.**

DATE: July 1, 2020

/s/ John A. Mendez
United States District Court Judge