BRIAN R. CHAVEZ-OCHOA, CA SBN: 190289
KATHERINE DOMENICO, CA SBN: 258893
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
TEL (209) 772-3013
FAX (209) 772-3090
Email: brianr@chavezochoalaw.com

JAMES M. HENDERSON, N.C. SBN: 49845
JAMES M. HENDERSON LAW OFFICE
3125 BURGAW HWY
JACKSONVILLE, NORTH CAROLINA 28540
TEL (910) 381-0317
Email: JMHenderson58@gmail.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs,
BEST SUPPLEMENT GUIDE, LLC;
SEAN COVELL, an individual

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>  Plaintiff,<br>  vs.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>  Defendants. | CASE NO.: 2:20-cv-00965-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' REQUEST TO FILE THE THIRD AMENDED VERIFIED COMPLAINT AND GRANTING THE EXTENSION OF TIME FOR THE DEFENDANTS TO RESPOND THERETO [L.R. 144; USCS Fed Rules Civ Proc R 15]** |

WHEREAS, a responsive pleading to Plaintiffs' May 12, 2020, Complaint [Dkt. 1] was initially due on or before June 4, 2020;

WHEREAS, pursuant to Local Rule 144(a), all Plaintiffs and Defendants in this action previously stipulated to a two-week extension to respond to the Complaint, until June 18, 2020 [Dkt.

20];

WHEREAS, on June 3, 2020, before any Defendant had filed a responsive pleading, Plaintiffs filed a First Amended Complaint [Dkt. 22];

WHEREAS, the Parties had met-and-conferred and agreed that additional time to evaluate the updated State guidance was appropriate – including whether Plaintiffs will be seeking further amendment of the pleadings;

WHEREAS, the Parties further agreed that a three-week extension of the time to respond to the First Amended Complaint, up to and including Thursday, July 9, 2020, provided sufficient time without prejudicing any Party or providing unfair disadvantage related to the upcoming July 4, 2020 holiday;

WHEREAS, the Court approved the additional extension of time and issued an order regarding same on June 11, 2020 [Dkt. 24];

WHEREAS, due to certain developments in the case that took place after the filing of the First Amended Complaint on June 3, 2020, it became necessary for the Plaintiffs to file a Second Amended Complaint;

WHEREAS, the Parties had met-and-conferred and agreed that the Plaintiffs could file the Second Amended Complaint;

WHEREAS, the Parties had met-and-conferred and further agreed that the Defendants' responsive pleadings to the Second Amended Complaint, once filed, would be due three (3) weeks from the date an order issues from the Court accepting the Second Amended Complaint as filed;

WHEREAS, the Court approved the Stipulation of the Parties

and issued an order regarding same on July 2, 2020. [Dkt. 26];

WHEREAS, on July 5, 2020, Plaintiffs filed the Second Amended Complaint [Dkt. 27];

WHEREAS, the Plaintiffs wish to file a Third Amended Complaint necessitated by the developments in the case that took place between the filing of the Second Amended Complaint on July 5, 2020, and present, as the Plaintiffs' businesses have now been ordered to close their indoor operations again.

WHEREAS, the Parties have met-and-conferred and agreed that the Plaintiffs could file the Third Amended Complaint reflecting the current developments;

WHEREAS, the Parties have further met-and-conferred and agreed that the Defendants' responsive pleadings to the Third Amended Complaint, once filed, would be due three (3) weeks from the date an order issues from the Court accepting the Third Amended Complaint as filed;

WHEREAS, pursuant to Local Rule 144(a) and Federal Rules of Civil Procedure, Rule 15, and in an abundance of caution, the Parties are requesting Court approval of both stipulations; and

WHEREAS, pursuant to Local Rule 137(b), the proposed order may be contained in the stipulation itself, and the Parties elect to do so here to minimize the duplication of documents or efforts and will provide a copy of the stipulation and proposed order in Word version for the Court's convenience.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL** to the following:

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients.

1  2. The Plaintiffs may file the Third Amended Complaint, attached hereto as Exhibit A pursuant to Local Rule 137 (Federal Rules of Civil Procedure, Rule 5).

3. The Defendants' responsive pleadings to the Third Amended Complaint shall be due three (3) weeks from the date an order issues from the Court accepting the Third Amended Complaint as filed.

**IT IS SO STIPULATED.**

DATED: July 27, 2020     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Deborah J. Fox (as authorized on 7/24/2020)
Deborah J. Fox
T. Steven Burke, Jr.
Attorneys for Defendants
COUNTY OF SAN JOAQUIN; SUPERVISOR MILLER; SUPERVISOR PATTI; SUPERVISOR VILLAPUDUA; SUPERVISOR WINN; SUPERVISOR ELLIOTT; DIRECTOR CUNNINGHAM; DR. PARK; SHERIFF WITHROW; CITY OF LODI; MAYOR KUEHNE; MAYOR PRO TEM NAKANISHI; COUNCILMEMBER CHANDLER; COUNCILMEMBER MOUNCE; AND LODI POLICE CHIEF BRUCIA

| | | |
|---|---|---|
| 1 | DATED: July 27, 2020 | CALIFORNIA DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | By: /s/ John W. Killeen (as authorized on 7/24/2020) |
| 4 | | JOHN W. KILLEEN<br>Attorneys for Defendants |
| 5 | | GOVERNOR GAVIN NEWSOM, XAVIER BECERRA AND SONIA ANGELL (AG) |
| 6 | | |
| 7 | DATED: July 27, 2020 | CHAVEZ-OCHOA LAW OFFICES, INC. |
| 8 | | |
| 9 | | By: /s/ Brian R. Chavez-Ochoa |
| 10 | | BRIAN R. CHAVEZ-OCHOA<br>KATHERINE DOMENICO |
| 11 | | Attorneys for Plaintiffs<br>BEST SUPPLEMENT GUIDE, LLC; AND SEAN COVELL |

**ORDER**

The Court, having reviewed the Parties' stipulation regarding the filing of the Third Amended Complaint and extending the deadline for the Defendants to respond to Plaintiffs' Third Amended Complaint in this matter and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Plaintiffs may file a Third Amended Complaint.
2. The Defendants' responsive pleadings to the Third Amended Complaint, once filed, shall be due three (3) weeks from the date an order issues from the Court accepting the Third Amended Complaint as filed.

**IT IS SO ORDERED.**

DATE:  July 29, 2020          /s/ John A. Mendez_____
                              UNITED STATES DISTRICT COURT JUDGE