Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
T. Steven Burke, Jr. (SBN: 247049)
tsburke@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
COUNTY OF SAN JOAQUIN; DIRECTOR CUNNINGHAM; DR. PARK; CITY OF LODI AND LODI POLICE CHIEF BRUCIA

Janice D. Magdich, City Attorney (SBN: 188278)
City of Lodi
P.O. Box 3006
Lodi, California 95241
209-333-6701

Attorney for Defendants
CITY OF LODI AND LODI POLICE CHIEF BRUCIA

J. Mark Myles, County Counsel (SBN: 200832)
Kristen Hegge, Chief Deputy County Counsel (SBN: 125210)
San Joaquin County
44 North San Joaquin Street
Sixth Floor Suite 679
Stockton, California 95202
Phone: (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN; DIRECTOR CUNNINGHAM; AND DR. PARK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; SONIA Y. ANGELL, MD, MPH, in her official capacity as the Director and State Public Health<br><br>[CONTINUED ON NEXT PAGE] | Case No. 2:20-cv-00965-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING AN ENLARGEMENT OF PAGE LIMITS FOR BRIEFING RELATED TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Trial Date:          None Set |

1  Officer; COUNTY OF SAN JOAQUIN, MARCIA CUNNINGHAM in her official
2  capacity as the San Joaquin County Director of Emergency Services; MAGGIE PARK, MD,
3  in her official capacity as the Public Health Officer of San Joaquin County; CITY OF
4  LODI; SIERRA BRUCIA, in his official capacity as the Chief of the City of Lodi Police
5  Department; and DOES 1-50, inclusive,

6          Defendants.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

WHEREAS, Plaintiffs filed the operative Third Amended Complaint with the Court on July 29, 2020 (Dkt. No. 32);

WHEREAS, pursuant to a prior stipulation of the parties and order of the Court, Defendants' current deadline to respond to the Third Amended Complaint is August 19, 2020 (Dkt. No. 31);

WHEREAS, Defendants intend to file motions to dismiss the Third Amended Complaint by the August 19, 2020 deadline and have met and conferred with Plaintiffs' counsel re same;

WHEREAS, the Court's Standing Order re Filing Requirements sets pages limits of fifteen (15) pages for memoranda of law in support of and in opposition to motions to dismiss, and five (5) pages for reply memoranda (Dkt. No. 6-2, at 1);

WHEREAS, the number, complexity, and importance of the issues raised in Plaintiffs' Third Amended Complaint, which includes nine (9) causes of action, have made it necessary for the parties to exceed the page limit for their briefing related to Defendants' anticipated motions to dismiss; and

WHEREAS, the parties thus agreed to request that the Court enter an order enlarging the page limits to twenty (20) pages for memoranda of law in support of and in opposition to Defendants' motions to dismiss the Third Amended Complaint, and ten (10) pages for reply memoranda related thereto.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

/ / /

/ / /

/ / /

/ / /

/ / /

2.  That the parties request that the Court enter an order enlarging the page limits to twenty (20) pages for memoranda of law in support of and in opposition to Defendants' anticipated motions to dismiss Plaintiffs' Third Amended Complaint, and ten (10) pages for reply memoranda related thereto.

**IT IS SO STIPULATED.**

DATED:  August 14, 2020                MEYERS, NAVE, RIBACK, SILVER & WILSON


By:   /s/ Deborah J. Fox
DEBORAH J. FOX
MARGARET W. ROSEQUIST
T. STEVEN BURKE, JR.
Attorneys for Defendants
COUNTY OF SAN JOAQUIN; DIRECTOR CUNNINGHAM; DR. PARK; CITY OF LODI AND LODI POLICE CHIEF BRUCIA

DATED:  August ___, 2020                CALIFORNIA DEPARTMENT OF JUSTICE


By:   /s/ John W. Killen (authorized to sign)
JOHN W. KILLEEN
Attorneys for Defendants
GOVERNOR GAVIN NEWSOM; XAVIER BECERRA; SONIA ANGELL (AG)

DATED:  August ___, 2020                CHAVEZ-OCHOA LAW OFFICES, INC.


By:   /s/ Brian R. Chavez-Ochoa (autorized to sign)
BRIAN R. CHAVEZ-OCHOA
KATHERINE DOMENICO
Attorneys for Plaintiffs
BEST SUPPLEMENT GUIDE, LLC; AND SEAN COVELL

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the page limit and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties may have additional pages for briefing on Defendants' motions to dismiss the Third Amended Complaint, not to exceed twenty (20) pages for memoranda of law in support of and in opposition, and ten (10) pages for reply memoranda related thereto.

**IT IS SO ORDERED.**

DATE: August 17, 2020         /s/ John A. Mendez
                              Honorable John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE