1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  Margaret W. Rosequist (SBN: 203790)
   mrosequist@meyersnave.com
3  T. Steven Burke, Jr. (SBN: 247049)
   tsburke@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 Capitol Mall, Suite 1200
5  Sacramento, California 95814
   Telephone: (916) 556-1531
6  Facsimile: (916) 556-1516

7  Attorneys for Defendants
   COUNTY OF SAN JOAQUIN; DIRECTOR CUNNINGHAM; DR. PARK; CITY OF LODI AND
8  LODI POLICE CHIEF BRUCIA

9  Janice D. Magdich, City Attorney (SBN: 188278)
   City of Lodi
10 P.O. Box 3006
   Lodi, California 95241
11 209-333-6701

12 Attorney for Defendants
   CITY OF LODI AND LODI POLICE CHIEF BRUCIA
13
   J. Mark Myles, County Counsel (SBN: 200832)
14 Kristen Hegge, Chief Deputy County Counsel (SBN: 125210)
   San Joaquin County
15 44 North San Joaquin Street
   Sixth Floor Suite 679
16 Stockton, California 95202
   Phone: (209) 468-2980
17
   Attorneys for Defendants
18 COUNTY OF SAN JOAQUIN; DIRECTOR CUNNINGHAM; AND DR. PARK

19          **UNITED STATES DISTRICT COURT**

20     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| 21  BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual, | Case No. 2:20-cv-00965-JAM-CKD |
| 22 | **STIPULATION AND ORDER** |
|                    Plaintiff, | **EXTENDING RULE 26(f) JOINT STATUS** |
| 23 | **REPORT DATE BASED ON PENDING** |
|          v. | **MOTIONS TO DISMISS** |
| 24 | |
|  GAVIN NEWSOM, in his official capacity as | Trial Date:            None Set |
| 25  the Governor of California; XAVIER | |
|  BECERRA, in his official capacity as the | |
| 26  Attorney General of California; SONIA Y. | |
|  ANGELL, MD, MPH, in her official capacity | |
| 27  as the Director and State Public Health | |
| 28  [CONTINUED ON NEXT PAGE] | |

1 | Officer; COUNTY OF SAN JOAQUIN,
MARCIA CUNNINGHAM in her official
2 | capacity as the San Joaquin County Director of
Emergency Services; MAGGIE PARK, MD,
3 | in her official capacity as the Public Health
Officer of San Joaquin County; CITY OF
4 | LODI; SIERRA BRUCIA, in his official
capacity as the Chief of the City of Lodi Police
5 | Department; and DOES 1-50, inclusive,

6 |                    Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED
ON PENDING MOTIONS TO DISMISS

**STIPULATION**

WHEREAS, Plaintiffs filed the operative Third Amended Complaint with the Court on July 29, 2020 (Dkt. 32);

WHEREAS, Defendants filed motions to dismiss Plaintiffs' Third Amended Complaint on August 19, 2020 (Dkt. 36 and 37);

WHEREAS, Defendants' motions to dismiss are set for hearing on October 27, 2020;

WHEREAS, pursuant to this Court's Order Requiring Service of Process and Joint Status Report (Dkt. 6), the parties understand the current deadline to submit a Rule 26(f) joint status report is September 28, 2020;

WHEREAS, the parties agree that discovery is premature in light of the procedural posture as Defendants' pending motions to dismiss may materially impact the scope and nature of potential discovery; and

WHEREAS, the parties interests in minimizing discovery costs while the pleadings are not set, as well as judicial economy, are served by delaying the Rule 26(f) joint status report and all related requirements until fourteen (14) days after a ruling is issued on Defendants' pending motions to dismiss.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH HEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2. That the parties request that the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report and all related requirements until fourteen (14) days after a ruling is issued on Defendants' pending motions to dismiss, as filed on August 19, 2020; and

/ / /

/ / /

/ / /

/ / /

3.     The parties agree that any discovery in this matter shall not be served until a scheduling order or other similar order is issued following the parties' submittal of the Rule 26(f) joint status report and incorporated discovery plan.

**IT IS SO STIPULATED.**

DATED:  August 31, 2020                    MEYERS, NAVE, RIBACK, SILVER & WILSON


                                           By:    /s/ Deborah J. Fox
                                                  DEBORAH J. FOX
                                                  MARGARET W. ROSEQUIST
                                                  T. STEVEN BURKE, JR.
                                                  Attorneys for Defendants
                                                  COUNTY OF SAN JOAQUIN; DIRECTOR
                                                  CUNNINGHAM; DR. PARK; CITY OF LODI
                                                  AND LODI POLICE CHIEF BRUCIA

DATED:  August 31, 2020                    CALIFORNIA DEPARTMENT OF JUSTICE


                                           By:    /s/ John W. Killen (authorized to sign)
                                                  JOHN W. KILLEEN
                                                  Attorneys for Defendants
                                                  GOVERNOR GAVIN NEWSOM; XAVIER
                                                  BECERRA; SONIA ANGELL (AG)

DATED:  August 31, 2020                    CHAVEZ-OCHOA LAW OFFICES, INC.


                                           By:    /s/ Brian R. Chavez-Ochoa (autorized to sign)
                                                  BRIAN R. CHAVEZ-OCHOA
                                                  KATHERINE DOMENICO
                                                  Attorneys for Plaintiffs
                                                  BEST SUPPLEMENT GUIDE, LLC; AND
                                                  SEAN COVELL

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline to file a Rule 26(f) joint status report, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for the parties to prepare and submit a Rule 26(f) joint status report be extended until fourteen (14) days after an order is issued on Defendants' pending motions to dismiss, filed August 19, 2020, and that neither party shall serve discovery until a scheduling order or other similar order issues pursuant to such joint status report and discovery plan.

**IT IS SO ORDERED.**

Dated:  August 31, 2020                    /s/ John A. Mendez
                                           The Honorable John A Mendez
                                           United States District Court Judge

3576601.2

STIPULATION AND [PROPOSED] ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED
ON PENDING MOTIONS TO DISMISS