UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>Defendants. | Case No. 2:20-CV-00965 JAM-CKD<br><br><br><br><br><br>**RELATED CASE ORDER** |
| EXCEL FITNESS FAIR OAKS, LLC, a California limited liability company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>Defendants. | Case No. 2:20-CV-02153 WBS-JDP |
| BEST SUPPLEMENT GUIDE, LLC; SEAN COVELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YOLO; ET AL.,<br><br>Defendants. | Case No. 2:20-CV-02233 MCE-DB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

1

2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:20-CV-02153 WBS-JDP and 2:20-CV-02233 MCE-DB be reassigned to Judge John A. Mendez and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:20-CV-02153 JAM-CKD and 2:20-CV-02233 JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 13, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE